1  DAVID L. ANDERSON (CABN 149604)
   United States Attorney
2
   HALLIE HOFFMAN (CABN 210020)
3  Chief, Criminal Division

4  RAVI T. NARAYAN (IABN AT0011948)
   ANDREW M. SCOBLE (CABN 124940)
5  Assistant United States Attorneys

6      450 Golden Gate Avenue, Box 36055
       San Francisco, California 94102-3495
7      Telephone: (415) 436-7369
       FAX: (415) 436-7234
8      Ravi.Narayan@usdoj.gov

9  Attorneys for United States of America

**FILED**

MAR 13 2020

SUSAN Y. SOONG
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

10                 UNITED STATES DISTRICT COURT

11                NORTHERN DISTRICT OF CALIFORNIA

12                      SAN FRANCISCO DIVISION

14  UNITED STATES OF AMERICA,           ) **CASE NO. CR 19-0280 RS**
                                        )
15          Plaintiff,                  ) UNITED STATES' APPLICATION AND
                                        ) [PROPOSED] ORDER FOR UNSEALING OF
16     v.                               ) SUPERSEDING INDICTMENT
                                        )
17  ROGELIO BELLOSO ALEMAN, et al.,     )
                                        )
18          Defendants.                 )
                                        )

20      The United States, through undersigned counsel, respectfully moves this Court to unseal the superseding indictment in the above-captioned matter. On February 18, 2020, a grand jury returned a superseding indictment charging seventeen defendants with various racketeering-related and firearms charges, including alleged violations of 18 U.S.C. § 1962(d), 18 U.S.C. §§ 1959(a)(3) and (a)(5), and 18 U.S.C. § 924(c). On the same day, the Court ordered that the superseding indictment be sealed, finding that sealing was appropriate in order to prevent flight and ensure the safe apprehension of defendants.

      As of March 12, 2020, all named defendants in the superseding indictment are in custody, and

27  //

28  //

their initial appearances on the superseding indictment are scheduled for March 13, 2020. Given these developments, the government respectfully that the superseding indictment be unsealed.

DATED: March 12, 2020

Respectfully submitted,

DAVID L. ANDERSON
United States Attorney

ANDREW M. SCOBLE
RAVI T. NARAYAN
Assistant United States Attorneys

### [PROPOSED] ORDER

On the motion of the United States, and good cause appearing, the Court HEREBY ORDERS that the superseding indictment in the above-captioned matter be unsealed.

IT IS SO ORDERED.

DATED: 3.12.2020

HON. JACQUELINE SCOTT CORLEY
United States Magistrate Judge