

# MEMORANDUM
**U.S. PRETRIAL SERVICES AGENCY**
NORTHERN DISTRICT OF CALIFORNIA

**CONFIDENTIAL**
NOT FOR PUBLIC DISCLOSURE

| | |
|---|---|
| **DATE:** | August 2, 2023 |
| **TO:** | Honorable Thomas S. Hixson<br>U.S. Magistrate Judge |
| **FROM:** | Timothy Elder, Specialist<br>U.S. Pretrial Services Officer |
| **SUBJECT:** | **DIAZ, Luis Fernando Velis**<br>**3:19-cr-00280-RS-6**<br>**VIOLATIONS OF RELEASE CONDITIONS (SEALED)** |

Your Honor:

Luis Fernando Velis Diaz is the sixth of 15 defendants charged in a Superseding Indictment with a violation of Title 18, United States Code, Sections 1962(d) - Conspiracy to Conduct Affairs of an Enterprise through Pattern of Racketeering Activity and Title 18, United States Code, Sections 1959(a)(3) and 2 - Assault with Dangerous Weapon in Aid of Racketeering.

The defendant was released by Your Honor on January 24, 2023, on a $25,000 unsecured bond, co-signed by his mother, Maria Diaz, with Pretrial Services supervision and additional special conditions including, but not limited to, the following:

1. **The defendant must not use alcohol and must not use or possess any narcotic or other controlled substance without a legal prescription.**

<u>**VIOLATION:**</u> The defendant has violated his release conditions as follows:

1. **On July 24, 2023, the defendant submitted a drug test which was presumed positive for marijuana and methamphetamine.**

On July 24, 2023, the defendant reported to the Pretrial Services office for the purpose of submitting to a drug test. Prior to testing the defendant admitted he had continued to smoke marijuana and last used approximately one week prior to the test. Additionally, he reported that he snorted methamphetamine approximately two days prior to the test. I directed the defendant to report to our office on August 2, 2023, for a follow up drug test.

---

*DUE TO THE SENSITIVE NATURE OF THE INFORMATION CONTAINED IN THIS MEMORANDUM, IT SHOULD BE KEPT CONFIDENTIAL AND SHOULD NOT BE FILED IN ANY PUBLIC RECORDS*
(18 U.S.C. § 3153)

2. **On August 2, 2023, the defendant submitted a drug test which was presumed positive for marijuana and Fentanyl.**

On August 2, 2023, the defendant reported to the Pretrial Services office and submitted to a drug test. Prior to testing he admitted that he snorted Fentanyl approximately one or two days prior and noted he smoked marijuana approximately one week ago. Pretrial Services requested that the defendant report to our office daily for drug testing pending a Bail Violation Hearing before Your Honor. Additionally, the defendant agreed to attend daily self-help meetings.

The defendant is currently scheduled for a Further Bail Review Status Hearing on August 8, 2023, before your Honor.

**RECOMMENDATION:** The defendant is pending placement in a community-based residential program as discussed at previous hearings. According to the defendant, he has an intake assessment scheduled for August 23, 2023. Pretrial Services is concerned by the defendant's continued use and recommends the new violations be addressed at the Bail Review Hearing currently scheduled before Your Honor on August 8, 2023.

This memorandum is submitted for Your Honor's review and consideration. Please do not hesitate to call if you have any questions at (415) 436-7519.

                                                          Respectfully Submitted,

                                                          Timothy Elder, Specialist
                                                          U.S. Pretrial Services

Reviewed by,

Richard Sarlatte, Supervisor
U.S. Pretrial Services Officer

    cc:           **Andrew Morgan Scoble, AUSA**
                  andrew.scoble@usdoj.gov
              **Sierra Promise Dugan, Defense Counsel**
                  info@sierraduganlaw.com